

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2023
APRIL 8 2025 SESSION

FILED
APR - 8 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                          CRIMINAL NO. 5:25-cr-00065
                            21 U.S.C. § 841(a)(1)

MARCUS BRISCOE

# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE

On or about February 21, 2024, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant MARCUS BRISCOE knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance, and a quantity of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about February 22, 2024, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant MARCUS BRISCOE knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance, and a quantity of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE**

On or about February 23, 2024, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant MARCUS BRISCOE knowingly and intentionally possessed with intent to distribute quantities of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," and a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, both Schedule II controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1).

LISA G. JOHNSTON
Acting United States Attorney

By: _____
BRIAN D. PARSONS
Assistant United States Attorney