AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FILED
JAN 2 8 2026
U.S. DISTRICT COURT
ELKINS WV 26241

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 2:26-MJ-1 |
| MARCUS BRISCOE | ) |
|  | ) Charging District's |
| *Defendant* | ) Case No. 5:25-CR-65 |

## COMMITMENT TO ANOTHER DISTRICT AND DETENTION ORDER

The defendant has been ordered to appear in the _____ District of Southern District of West Virginia,
*(if applicable)* Beckley _____ division. The defendant may need an interpreter for this language:
_____ .

The defendant: ☐ will retain an attorney.
☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance as a result of:
☒ Waiving his or her right to have a detention hearing in the Northern District of West Virginia, after consultation with counsel and the undersigned finding that said waiver was knowing and voluntarily made; and opting to have his detention hearing held in the charging district instead. Accordingly,

☒ The Government's Motion to Detain [ECF No. 2 ] is **GRANTED** for the limited purpose of transfer to the charging district and temporary detention until the issue of detention is heard and decided in the charging district.
☒ A detention hearing shall be set in the charging district at the earliest possible time after the Defendant has had an opportunity to confer with counsel. Pending that hearing, Defendant shall be held in the custody of the United States Marshal and produced at the hearing.

___ A detention hearing was held in the Northern District of West Virginia and Defendant failed to meet his or her burden to show that he or she was not a ___ flight risk or a ___ danger to the community for the reasons set forth in more detail on the record and/or in the detention order.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 1.28.26

_____
*Judge's signature*

Michael John Aloi, United States Magistrate Judge
*Printed name and title*